LASSLEY v. BROWNELL.

(Circuit Court of Appeals, Ninth Circuit. October 28, 1912.)

No. 1,995.

MINES AND MINERALS (§ 38*)—LANDS IN ALASKA—CONTEST BETWEEN HOME-
STEAD SETTLER AND MINERAL LOCATOR—SUIT TO QUIET TITLE.

In Act May 14, 1898, c. 299, § 10, 30 Stat. 413 (U. S. Comp. St. 1901,
p. 1469), authorizing persons, associations, or corporations occupying pub-
lic lands in Alaska for purposes of trade, etc., to purchase the same, not
exceeding 80 acres, the provision for the bringing of a suit to quiet
title by an adverse claimant does not apply to contests arising between
homestead settlers and locators of mineral claims concerning the mineral
or nonmineral character of the land claimed by both, which is a matter
within the jurisdiction of the Land Department; nor is such provision
extended by the amendment of March 3, 1903 (32 Stat. 1028, c. 1002 [U.
S. Comp. St. Supp. 1911, p. 606]).

[Ed. Note.—For other cases, see Mines and Minerals, Cent. Dig. §§
87½–113; Dec. Dig. § 38.*]

In Error to the District Court of the United States for the Third
Division of the Territory of Alaska; Edward E. Cushman, Judge.

Action at law by H. L. Lassley against Don Carlos Brownell. Judg-
ment for defendant, and plaintiff brings error. Affirmed.

S. O. Morford, of Seward, Alaska, and Jas. Alva Watt, of San
Francisco, Cal., for plaintiff in error.

L. V. Ray, of Seward, Alaska, for defendant in error.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

GILBERT, Circuit Judge. The questions presented in this case
are identical with those which were involved in the case of John A.
Nelson v. Don Carlos Brownell, 193 Fed. 641, 113 C. C. A. 509, de-
cided at a recent term of this court.

Upon the considerations and authorities which led to the decision
in that case, the judgment of the court below in the present case is
affirmed.